# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: ) | |
| ) | |
| **EDWIN R. ROGERS, JR.,** ) | Case No. 18-12929-SAH |
| **RAMONA G. ROGERS,** ) | Chapter 7 |
| ) | |
| **Debtors.** ) | |

## ENTRY OF APPEARANCE

Ryan J. Assink of the law firm RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS, hereby enters his appearance in the above-styled case on behalf of Gateway Mortgage Group, LLC and request that notices be sent to his attention at the address below.

Respectfully submitted this 6th day of August, 2018.

    s/ Ryan J. Assink
Ryan J. Assink, OBA #17568
Riggs, Abney, Neal, Turpen,
  Orbison & Lewis
502 West Sixth Street
Tulsa, Oklahoma  74119-1016
Telephone:  (918) 587-3161
Facsimile:  (918) 587-9708
E-mail:  rassink@riggsabney.com
*Attorney for Creditor, Gateway Mortgage Group, LLC*

## Certificate of Service

I, do hereby certify that on the 6th day of August, 2018, an electronically filed copy of the above and foregoing instrument was electronically served upon all parties registered with CM/ECF.

    s/ Ryan J. Assink
Ryan J. Assink