IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **EDWIN R. ROGERS, JR.,** | ) | Case No. 18-12929-SAH |
| **RAMONA G. ROGERS,** | ) | Chapter 7 |
| | ) | |
| **Debtors.** | ) | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

**Gateway Mortgage Group, LLC,** a

- ☐ Corporate Debtor
- ☐ Party to an adversary proceeding
- ■ Party to a contested matter
- ☐ Member of committee of creditors

makes the following disclosure(s):

■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this 6th day of August, 2018.

RIGGS, ABNEY, NEAL, TURPEN,
 ORBISON & LEWIS


s/ Ryan J. Assink
Ryan J. Assink, OBA #17568
RIGGS, ABNEY, NEAL, TURPEN,
 ORBISON & LEWIS
502 West 6th Street
Tulsa, Oklahoma   74119-1016
Telephone: (918) 587-3161
Facsimile: (918) 587-9708
E-mail:  rassink@riggsabney.com
*Attorney for Creditor, Gateway Mortgage Group, LLC*